UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EARL JAMES GOBIN,

                    Plaintiff,

        v.

COSTCO WHOLESALE CORPORATION,

                    Defendant.

CASE NO. **2:26-cv-00182-RAJ**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 20th day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1