UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EARL JAMES GOBIN,

                Plaintiff,

    v.

COSTCO WHOLESALE CORPORATION,

                Defendant.

CASE NO. 2:26-cv-00182-BAT

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND "STIPULATED" MOTION, DKTS. 30 AND 34**

The Court having considered Plaintiff's motion to compel discovery and for sanctions, Dkt. 30 and "Stipulated" motion, Dkt. 34, **ORDERS**:

1.      The Court **DENIES** Plaintiff's motion to compel discovery and for sanctions. Dkt. 30. The parties' pleadings indicate Plaintiff did not comply with the Court's requirement that he meet and confer with Defendant before filing the motion. While Plaintiff blames Defendant for not initiating the required meet and confer, that responsibility falls upon Plaintiff as the moving party. The Court thus declines to grant the motion and accordingly finds no basis to sanction Defendants. The Court notes Plaintiff filed a "Stipulated Motion" Dkt. 34, which is not stipulated at all and accordingly **DENIES** it.

2.      If Plaintiff seeks further discovery and a dispute arises, including dispute regarding protective order, Plaintiff as the moving party, must comply with the Court's local

rules regarding the need to meet and confer before filing any motion to compel.

3.      The clerk shall provide a copy of this order to the parties.

DATED this 22nd day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
TO COMPEL DISCOVERY AND
"STIPULATED" MOTION, DKTS. 30 AND 34
- 2